B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Wendi and Rick Wagner | DEFENDANTS<br>ERIK VAILLETTE<br>ALICIA VAILLETTE |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known)<br>Stephan Harris |
| PARTY (Check One Box Only)<br>□ Debtor  □ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor  □ Other<br>□ Trustee | PARTY (Check One Box Only)<br>☑ Debtor  □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor  □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
- □ 11-Recovery of money/property - §542 turnover of property
- □ 12-Recovery of money/property - §547 preference
- □ 13-Recovery of money/property - §548 fraudulent transfer
- □ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
- □ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
- □ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
- □ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
- □ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
- □ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
- □ 61-Dischargeability - §523(a)(5), domestic support
- □ 68-Dischargeability - §523(a)(6), willful and malicious injury
- □ 63-Dischargeability - §523(a)(8), student loan
- □ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- □ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
- □ 71-Injunctive relief – imposition of stay
- □ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
- □ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
- □ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
- □ 01-Determination of removed claim or cause

**Other**
- □ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- □ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

Request a 523

Please stop Discharge of
The Vaillette Debt

BK Case # 25-51123 hlb

Debtor 1. ERIK VAILLETTE

Debtor 2. ALICIA VAILLETTE

*Wendi Wagner*

We request the court to not discharge our claim. We have evidence and documents showing Vaillette is committing barkruptcy fraud as he lied under oath to Trustee Sims during the 341 conference and suggest he is hiding assets and cash.

Trustee Sims asked Vaillette if he had sold anything over $5K in the last 2 years. Vaillette answered "no".

We submit the following documentation showing what Vaillette sold over $5K since June 2025.
Exhibit 1 Vaillette sold our $40k inventory and store fixtures.
Exhibit 2 Vaillette sold a 2017 30ft Winnebago for $21,000 in March
Exhibit 2a Winnebago SOLD
Exhibit 3  Vaillette sold a Goodguy 18ft car trailer for $6,800 on Aug 3rd
Exhibit 3a Goodguy trailer SOLD
Exhibit 4 Vaillette sold a 1999 Ford F-550 flat bed for $ 8,500 on July 6th
Exhibit 4a Ford F-350 pick up SOLD
Exhibit 5 Vaillette sold a 2024 Goodguys flat bed trailer for $6,800 in July
Exhibit 5a Goodguys trailer SOLD

 In addition, I would like to bring to the courts attention the lies given by Vaillette to the  Sheriffs dept regarding my forklift. On July 9th, 2025, vaillette told deputy Randall that he (Vaillette) had court ordered documents granting ownership of the forklift to Vaillette and that he (Vaillette) gave the forklift to his friend William Fink to pay a debt. This information is seen on Randalls report.  During the 341 conference with Trustee Sims Vaillette stated he still owns the forklift, and it is only worth $500 as a non operating vehicle.  This statement is a lie. We have seen the forkilift in daily operation and in use at Fink's house. Vaillette originally stated he gave away the forklift to pay a debt, but now claims he still owns it and that the forklift is non op and only worth $500. He either lied to the deputy, or he lied to the Trustee.  The false claim of having court ordered documents establishing Vaillette as owner of our forklift as told to Duputy Randall stalled our efforts to reclaim our forklift. Vaillette tried to sell the forklift to Tuf Luck Ranch Supply in Dayton for $2,500.

Exhibit 6 Deputy Randall's report stating Vaillette established ownership of forklift via "court ordered documents" (There were no such documents). NRS 197.190 covers willfully misleading making false statements, misleading statements that obstruct an officer.

The forklift is currently listed on his Bankruptcy, Schedule A/B: Property.

Vaillette did not pay me what he owed, Vaillette HAD the money to pay me what he owed, but instead, Vaillette went on vacation in California, bought his wife jewelry, bought his wife pistols, bought custom guns for his personal collection, and purchased gun store inventory instead of paying rent, utilities and what was owed on our Promissory Note. See Exhibit 16 our Promissory Note as signed by Vaillette.

Exhibit 7 facebook post showing ring purchased.
Exhibit 8 pistol purchased for wife
Exhibit 8a pistol for wife along with verification of 2 more guns purchased
Exhibit 9 went out shooting spent $100s of dollars of ammo
Exhibit 10 vacation photos posted on social media.
Exhibit 10a vacation photos
Exhibit 11 2nd custom pistol purchased for wife June 23rd

Exhibit 12 3rd custom creation pink pistol purchased

One more thing, Vaillette advertized  20% - 50% off sales after he informed us he was bankruptcy. I believe this is against Bankrupcy rules.

Exhibit 13: 20% off sale
Exhibit 14: 50% off sale

I would also like to inform the court that Vaillette informed me he was in bankruptcy proceedings June 13th. But didn't actually file until Nov 26th. This is noteworthy because we were told by Vaillette we couldn't recover any items or contact him during bankruptcy procedings. This enabled Vaillette to keep me at bay, while he stripped and sold the remaining assets from the store. It was during this time period that the forklift was driven up the street to William Fink's house, in an attempt to hide the forklift from me.

Exhibit 15 Vaillette's claim of being in bankruptcy attorney business card
Exhibit 15a text confirming "everything is in bankruptcy"
Exhibit 15b affirming everything is "in" bankruptcy
Exhibit 15c Vaillette's response to being served via certified mail

Exhibit 16 promissory note signed by Vaillette

Thank You for your consideration of this matter.



**Filters** **View Items For Sale**

## Carson Valley Sales · Join

4.0  Erik Vaillette · Mar 3 · 🌐

Nice very clean 30 foot camper. Fully loaded full size shower, front room , super slide. Very well maintained. $21000 obo





# 2017 Winnebago 30 foot

$21,000 ~~$28,000~~ · Sold

Listed 9 months ago · Silver Springs, NV

# SILVER SPRINGS YARD & GARAGE SALES

4.0 Erik Vaillette · Aug 3 · 🖼

**Not even a year old very clean 18ft 14k deck over with ramps. Everything on it is almost new. We paid it off yesterday and its ready to go. Pm me 6800$ obo trades welcome! Hot rods, Harley's side by side stc! Let me know what you got!,**





# Good guy 18ft 14k deck over car trailer with ramps!

## $6,800 · Sold

## ⠿ Filters    View Items For Sale

4.0  Erik Vaillette · Jul 6 · 🌐

This is a 99 7.3 550 with a dumb bed and sides to convert it yo a dumb truck. It has fresh breaks and tires and has been well maintained. This is the year with no egr its the best motor ford built. Tbis is a great price for a 2tone set up. 8500$ obo






# 1999 Ford F-550 ·

# Cab & Chassis 2D

## $8,500 · Sold

Listed 5 months ago · Silver

Springs, NV

Carson Valley Sales



## Filters    View Items For Sale

# Carson Valley Sales · Join

July

4.0    Erik Vaillette · 1d · 🌐

# This is a year old goodguys 15k trailer. In very good shape. We just want to get whats owed on it 8000$ obo









# 2024 Goodguys 15k

$6,800 ~~$8,000~~ · Sold

Listed 5 months ago *JULY* · Silver Springs, NV

Carson Valley Sales

  

```
11/05/25                  Lyon County Sheriffs Office                        2142
15:43                     FIRE CALL DETAIL REPORT                    Page:       1
```

Call Number:   25LY43620

Nature:        LARC VEH LY
Reported:      17:25:46 10/13/25
Rcvd By:       Parsons, R A                      How Rcvd: T
Occ Btwn:      17:25:46 10/13/25    and 17:25:46 10/13/25
Type:          1
Priority:      4

Address:       5955 APACHE DR; CROSSROADS CHURCH
City:          SILVER SPRINGS

Alarm:

COMPLAINANT/CONTACT
-------------------
Complainant: WAGNER, WENDY                          Name#:    2295638
Race:     Sex: F
Address: 5925 APACHE DR; WAGON WHEEL, SILVER SPRINGS
Home Phone: (626)353-7330                Work Phone: (   )    -

Contact: WAGNER, WENDY            021355
Address:
Phone: (626)353-7330

RADIO LOG
---------
Dispatcher Time/Date          Unit   Code Zone Agnc Description
---------- ----------------   ------ ---- ---- ---- --------------------------

COMMENTS
--------
17:25:46 10/13/2025 - Parsons, R A
RP WOULD LIKE TO FILE A REPORT OF A STOLEN FORK LIFT. RP MAY KNOW WHO TOOK IT
AND WHERE IT IS LOCATED
17:26:31 10/13/2025 - Lee S B
CHANGE TO P4
17:28:47 10/13/2025 - WALKER, S M
537S ADVD
18:52:42 10/13/2025 - Randall, T J
*EDITED* i spoke with the wendy that is claiming the forklift is stolen they
dont have any proof showing that they are the owners to the vehicle i located
the forklift at 4999 apache dr talked with the owner of the residence he stated
that his buddy owned him money and gave it to him. i talked to erik on the phone
who took the forklift and he stated that he has a promise note and the forklift
came with the store when he rented it and its in court ordered paperwork that he
currently has.

UNIT HISTORY
------------
Unit    Time/Date            Code
------  ------------------   ----
LY570S  17:48:10 10/13/25    ENRT
LY570S  17:55:45 10/13/25    ARRV
LY570S  18:13:57 10/13/25    SC
```

 **Alicia Vaillette** is    •••
with **Erik Vaillette**.
May 9 · 👥

# My beautiful wedding band.. 10 yr band.. Thank you babe I love it!!

 
# My beautiful gift from my amazing husband!! Thank you babe. I love it



Like          Comment          Send

♡ **1**

  **Mark Goose Checchi**
**That's cool looking,**

**Erik Vaillette anything yet on my two??**
31m   Like   Reply

  **Jenny Grabeel Fertuna**
**Nuce**
4m   Like   Reply

**Posts**    **Photos**    **Videos**

 **Alicia Vaillette** is with **Erik Vaillette.**    • • •

Jun 22 · 👥

## Did some shooting today!! Had a great time.

 

  

**🔘🔵 17**                              **5 comments**

👍          ◯          ☺
**Like**      **Comment**      **Send**

 **Alicia Vaillette** is with    • • •

## Posts    **Photos**    **Videos**

 **Alicia Vaillette** is with **Erik Vaillette.**    • • •

Jun 16 · 😤

**Had a nice little get away for Father's Day for my amazing husband!! Can't wait for more family trips this summer. Definitely needed it.**

    

🌐💙 Hipke Farm + 30    2 comments

👍 **Like**          ◯ **Comment**          ◎ **Send**     June 16th



1 comment

5d · 👥

# My birthday gift from my amazing husband. My cow Pew Pew!! With our store logo!! I love it.





**KEL-TEC PR57**
Erik Vaillette · Aug 15 · 🌐
My custom build we did! What you all think?

👍😮 2                                          2 comments

👍 Like            💬 Comment            ↪ Share

Custom Builds

 **Stagecoach Ranch & Feed** •••

Jun 18 · 🌍

# Everything in the store is on sale starting at 20% off! We want to clear everything out and thank you all for all the love and support!

# Community Chat

Alicia Vaillette · Jun 20 ·

# Stagecoach Ranch & Feed Store Close out sale. 50% all Animal Health Supplies & All bags of feed are $10.00.






        

← (V) Vaille...   📞   📹   ⋮

## JUNE 13

There is my bk attorney everything is in the bk as said before we will be out <u>in 30 days</u> and there will be no entrance without a appointm↓nt and 2 days notice due

ERIK

⊕ Text ...   ☺   🖼   ∿

   

← (V) Vaille… 📞 🎥 ⋮

JULY 5th

Saturday, Jul 5 • 11:25 AM

Why do u keep
sending me stuff
u have been
notified of my

THIS PAGE
IS ALL
ERIK

attorney but yet
keep breaking
the law and
messing with me.
You are to do
everything threw

⊕ Text …    ☺    🖼    ∿

||| ○ ‹



← ⓥ Vaille... 📞 📷 ⋮

JULY 1st

I gave you the attorney name already

Look at the card

Your named in it along with everything here at store

I also no⁺ ↓ ᴈd him

⊕ Text ...    ☺    🖼️    ࿗

FILE COPY

PROMISSORY NOTE
(this "Note")

Borrower:    Erik Vaillette of Stagecoach Ranch and Feed (the "Borrower")

Lender:    Richard Wagner of 13160 Seneca Rd, Stagecoach, NV 89429, USA (the "Lender")

Principal Amount:    $42,000.00 USD

1. FOR VALUE RECEIVED, The Borrower promises to pay to the Lender at such address as may be provided in writing to the Borrower, the principal sum of $42,000.00 USD, with interest payable on the unpaid principal at the rate of 7.25 percent per annum, calculated monthly not in advance, beginning on January 1st, 2023.

2. This Note will be repaid in consecutive monthly installments of principal and interest commencing on February 1, 2024 and continuing on the first of each following month until January 1, 2029 with the balance then owing under this Note being paid at that time.

3. At any time while not in default under this Note, the Borrower may pay the outstanding balance then owing under this Note to the Lender without further bonus or penalty.

4. Notwithstanding anything to the contrary in this Note, if the Borrower defaults in the performance of any obligation under this Note, then the Lender may declare the principal amount owing and interest due under this Note at that time to be immediately due and payable.

5. The Borrower shall be liable for all costs, expenses and expenditures incurred including, without limitation, the complete legal costs of the Lender incurred by enforcing this Note as a result of any default by the Borrower and such costs will be added to the principal then outstanding and shall be due and payable by the Borrower to the Lender immediately upon demand of the Lender.

6. Further, if the Lender declares the principal amount owing under this Note to be immediately due and payable, and the Borrower fails to provide full payment within 3 days, the Borrower will be charged a $25.00 USD late fee.

7. This Note is given to secure the payment of the purchase price of the following security (the "Security"): The rotating inventory and equipment of the business.

8. Title to the Security will be transferred to the Borrower at execution of this Note. The Lender will retain a vendors' lien in the Security and the Borrower grants to the Lender a security interest in the Security until this Note is paid in full. The Lender will be listed as a lender on the title of the Security whether or not the Lender elects to perfect a seller's security interest in the Security.

9. If the Borrower defaults in payment as required under this Note or after demand for ten (10) days, the Security will be immediately provided to the Lender and the Lender is granted all rights of repossession as a secured party.

Page 1 of 2

10. If any term, covenant, condition or provision of this Note is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Note will in no way be affected, impaired or invalidated as a result.

11. This Note will be construed in accordance with and governed by the laws of the State of Nevada.

12. This Note will enure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of the Borrower and the Lender. The Borrower waives presentment for payment, notice of non-payment, protest and notice of protest.


IN WITNESS WHEREOF the parties have duly affixed their signatures under seal

SIGNED, SEALED, AND DELIVERED this _26th_ day of _December_, 2023_.

_____
Erik Vaillette


SIGNED, SEALED, AND DELIVERED this _26th_ day of _December_, 2023_.

_____
Richard Wagner


Page 2 of 2